# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1935
_____

CURTIS E. LEWIS,

    Appellant,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD,

    Appellee.

_____


On appeal from the Construction Industry Licensing Board.
Donald Cesarone, Chair.


February 21, 2024

PER CURIAM.

The Court treats the joint motion for clarification filed October 13, 2023, along with Appellee's response filed December 11, 2023, as a concession of error by Appellee. *See Stacey v. Dep't of Pro. Regul., Bd. of Nursing Home Adm'rs*, 547 So. 2d 241 (Fla. 1st DCA 1989). The Court reverses the order on appeal and remands the cause for further proceedings.

REVERSED and REMANDED.

LEWIS, RAY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Kevin M. Griffith, Sarasota, for Appellant.

Brooke Elizabeth Adams, Chief Legal Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.